STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
EMMET P. ONG (NYBN 4581369)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612-5217
    Telephone: (510) 637-3929
    Facsimile: (510) 637-3724
    E-mail: emmet.ong@usdoj.gov

Attorneys for Defendant
U.S. DEPARTMENT OF THE INTERIOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, | ) Civil Action No. 4:20-cv-08718-DMR |
|     Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER (AS MODIFIED) TO EXTEND TIME FOR ANSWERING COMPLAINT AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| DEPARTMENT OF THE INTERIOR, | ) |
|     Defendant. | ) |

STIP. AND ORDER TO EXTEND TIME FOR ANSWERING COMPLAINT AND TO CONTINUE CMC
NO. 4:20-CV-08718-DMR

1    Pursuant to the Court's order dated May 28, 2021, Dkt. No. 20, the parties submit this joint status

2  update in this Freedom of Information Act case.

3    As previously reported, the sole remaining issue in this action is Plaintiff's demand for costs and

4  attorney's fees.  The parties have been conferring over whether Plaintiff is entitled to costs and

5  attorney's fees.  The parties are nearing the end of their discussions but require additional time to bring

6  them to a conclusion.  To that end, the parties respectfully request that the time for Defendant to answer

7  the complaint be further extended to September 3, 2021.  The parties also request that the initial case

8  management conference set for September 15, 2021 be continued to October 20, 2021.  The parties

9  agree and respectfully submit that proceeding this way would be the most efficient use of the Court's

10  and the parties' resources.

11    IT IS SO STIPULATED.

12

13  DATED:  August 2, 2021                         Respectfully submitted,

14                                                CENTER FOR FOOD SAFETY

15                                                 */s/ Meredith Stevenson*
                                                  SYLVIA SHIH-WAU WU
16                                                MEREDITH STEVENSON

17
                                                  *Attorneys for Plaintiff Center for Food Safety*
18

19  DATED:  August 2, 2021                         Respectfully submitted,

20                                                STEPHANIE M. HINDS
                                                  Acting United States Attorney
21

22                                                 /s/ *Emmet P. Ong**
                                                  EMMET P. ONG
23                                                Assistant United States Attorney

24                                                *Attorneys for Defendant U.S. Department of the*
                                                  *Interior*
25

26                                                *In compliance with Civil Local Rule 5-1(i)(3), the
                                                  filer of this document attests under penalty of
27

28  STIP. AND ORDER TO EXTEND TIME FOR ANSWERING COMPLAINT AND TO CONTINUE CMC
    NO. 4:20-CV-08718-DMR                    1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

perjury that concurrence in the filing of the document has been obtained from the other Signatory.

1

**ORDER (AS MODIFIED)**

2          Pursuant to stipulation of the parties, IT IS SO ORDERED.  Defendant shall file its answer

3   by September 3, 2021.  The initial case management conference is continued to October 20, 2021 at

4   1:30 p.m. in Oakland, - by videoconference.  The parties shall file a joint case management

5   statement by  October 13, 2021.

6

7   DATED:    August 3, 2021                          _____

8                                                                HON. DONNA M. RYU
                                                                 United States Magistrate Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27



28   STIP. AND ORDER TO EXTEND TIME FOR ANSWERING COMPLAINT AND TO CONTINUE CMC
     NO. 4:20-CV-08718-DMR                          3